UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE MATTER OF:                          )
 Wayne & Andrea Spicer                     )
Debtor.                                    )        Case No.  17-70766
                                           )

## AFFIDAVIT IN COMPLIANCE WITH ORDER

The attorney for the Debtor, Kevin Linder, in the above-referenced case under penalty of perjury states that the Debtor signed the following documents:

■Voluntary Petition

■Statement of Financial Affairs
■Declaration Concerning Debtor's Schedules
■Statement of Social Security Number
□ Chapter 13 Plan

□ Form 122 C-1 Chapter 13 Statement Of Your Current Monthly Income
□Certification About Financial Management Course

■Certification of Notice to Consumer Debtors Under §342(b)
□Form 22C Statement of Current Monthly Income/Means Test
■ Form 122A-1 Statement of Current Monthly Income/ Means Test
■Form 108 Chapter 7 Individual Debtors Statement of Intention
□Form 122C-2 Chapter 13 Calculation of Your Disposable Income
■ Other Verification of Creditor Matrix

The attorney for the Debtor further affirms that the following was conducted to verify the affirmations contained in this affidavit.

☑       The Debtor signed the documents on  April 13, 2017 _____ in the presence of Kevin Linder.

Further the attorney states that the version of the document that the Debtor signed is the same as the version filed with the Court, with the exception of the electronic signatures.

By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate and in compliance under Fed. R. Bankr. P. 9011 and the Court may rely on the truth of each of these statements.

Respectfully Submitted,

/s/ Kevin Linder

Kevin Linder
Attorney at Law
1300 South 8th Street
Springfield, IL 62703
(217)793-6477
#6220652

PROOF OF SERVICE

The undersigned certifies that a copy of the Affidavit in Compliance with Order was served the following persons by electronic means or by U.S. Post Office Mail Box on the  5    day of  May          , 20 17 .

By ECF:

US Courthouse
600 E. Monroe
Springfield, IL 62704

US Trustee

James Inghram

/s/ Kevin Linder